IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JESUS BUENO-HERNANDEZ,<br><br>                Defendant. | 4:17CR3045<br><br>DETENTION ORDER |

Defendant is being detained pending sentencing on another case. Accordingly, as to this case,

IT IS ORDERED:

1) Defendant shall be detained until further order.

2) Defendant is committed to the custody of the Attorney General for confinement in a corrections facility; Defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver Defendant to a United States Marshal for appearance in connection with a court proceeding.

June 7, 2017.

                                                               BY THE COURT:

                                                               *s/ Cheryl R. Zwart*
                                                               United States Magistrate Judge